UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| vs. | : Case No. 3:17-cr-1 (CAR) |
| QRUINTRELL RENEE COOK, | : |
| Defendant. | : |

## ORDER

Defendant was ordered on June 20, 2018 to pay restitution to First Madison Bank & Trust in the amount of $6,590.00. The Court has been notified by letter enclosing Articles of Merger that First Madison Bank & Trust has been merged into United Community Bank.

The Clerk is, therefore, ORDERED to update the victim name information from First Madison Bank & Trust to United Community Bank and disburse all future payments to:

United Community Bank
Attn: Legal Department
125 Highway 515 East
Blairsville, GA  30512

So Ordered this 14 day of July, 2022.

C. ASHLEY ROYAL
SENIOR DISTRICT JUDGE